# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1909
Lower Tribunal No. 2022-CA-006382-O

_____

HOLDING INSURANCE COMPANIES ACCOUNTABLE, LLC, a/a/o KEVIN SIMS,

Appellant,

v.

SECURITY FIRST INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, and BROWNLEE, JJ., concur.


Chad A. Barr and Dalton L. Gray, of Law Office of Chad A. Barr, P.A., Altamonte Springs, for Appellant.

Tara M. McDonald, of Security First Insurance Company, Ormond Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED